```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
ARTHUR PICCOLO,                                                     :
                                                                    :
                                        Plaintiff,                  :     1:25-cv-2617-GHW
                                                                    :
                    -v-                                             :     ORDER
                                                                    :
NEW YORK CITY BOARD OF ELECTIONS,                                   :
                                                                    :
                                        Defendant.                  :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff commenced this action on March 26, 2025. Dkt. No. 1. Plaintiff filed an application to proceed *in forma pauperis* ("IFP") that same day. Dkt. No. 2. On his IFP application, Plaintiff failed to answer three of the questions; specifically, Plaintiff failed to answer yes or no to questions 3(c), 3(d), and 3(e). Plaintiff is ordered either to submit a completed IFP application or, if his answers to questions 3(c), 3(d), and 3(e) are "No," to submit a separate declaration under penalty of perjury affirming that his answers to those questions are "No." Plaintiff is directed to the language of the IFP application declaring that his responses are true under penalty of perjury.

      SO ORDERED.

Dated: April 7, 2025
New York, New York

                                                    _____
                                                     GREGORY H. WOODS
                                                  United States District Judge