UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/9/2025

----------------------------------------------------------------- X
                              :

ARTHUR PICCOLO,                  :
                              :

               Plaintiff,    :           1:25-cv-2617-GHW
                              :

        -v-                :           ORDER

NEW YORK CITY BOARD OF ELECTIONS,  :
                              :

            Defendant.   :
                              :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 7, 2025, the Court ordered that Plaintiff either file a completed IFP application or supplement his incomplete IFP application with a declaration under penalty of perjury.  Dkt. No. 7. Plaintiff is ordered to comply with the Court's April 7, 2025 order by filing the requested materials no later than April 18, 2025.  The Clerk of Court is directed to mail a copy of this order and the order at Dkt. No. 7 to Plaintiff by certified mail.

SO ORDERED.

Dated:  April 9, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge