```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ARTHUR PICCOLO,

               Plaintiff,               1:25-cv-2617-GHW

        -v-                             <u>ORDER</u>

NEW YORK CITY BOARD OF ELECTIONS,

               Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated April 28, 2025, Plaintiff requested clarification on effecting service. Dkt. No. 24. Plaintiff need not effect service if he does not wish; the Court has ordered the U.S. Marshals Service to effect service on Defendant. Dkt. No. 15. However, if Plaintiff chooses to find a representative to effect service, in compliance with Fed. R. Civ. P. 4(c), the fact that Plaintiff is proceeding *in forma pauperis* does not preclude him from doing so.

      Plaintiff should not be communicating with the Pro Se Intake Unit about substantive matters and should not interpret any communications with Pro Se Intake as legal advice. The Pro Se Intake Unit assists litigants with filings. For legal assistance, a *pro se* litigant may reach out to the Federal Pro Se Legal Assistance Project, run by the City Bar Justice Center. The City Bar Justice Center is not a part of the Southern District of New York. Information about the Legal Assistance Project can be found at the following url: https://www.nysd.uscourts.gov/attorney/legal-assistance.

      The Clerk of Court is directed to mail a copy of the order at Dkt. No. 23 to Defendant by certified mail.

      SO ORDERED.

Dated: April 30, 2025
      New York, New York

                                                                _____
                                                                 GREGORY H. WOODS
                                                            United States District Judge