```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ARTHUR PICCOLO,                             :
                                                              :
                                      Plaintiff,   :                  1:25-cv-2617-GHW
                                                               :
                          -v-                           :                      ORDER
                                                               :
NEW YORK CITY BOARD OF ELECTIONS,  :
                                                               :
                                  Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letters dated May 9, 2025, Plaintiff requested that the Court certify its May 8, 2025 order denying preliminary injunctive relief for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). Dkt. Nos. 34, 36. Section 1292(b) provides that a district judge may certify for interlocutory appeal "an order not otherwise appealable under this section." Because this condition of section 1292(b) is not met in this case, Plaintiff's request is denied.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order or the May 8, 2025 order denying preliminary injunctive relief would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

      SO ORDERED.

Dated: May 19, 2025
      New York, New York

                                                                            GREGORY H. WOODS
                                                                   United States District Judge