```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :
ARTHUR PICCOLO,                            :
                                           :
                         Plaintiff,     :           1:25-cv-2617-GHW
                                           :
                     -v-                    :                <u>ORDER</u>
                                           :
NEW YORK CITY BOARD OF ELECTIONS,   :
                                           :
                        Defendant.    :
                                           :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On July 1, 2025, Defendant filed a motion to dismiss the complaint. Dkt. No. 50. Plaintiff may file papers in opposition to Defendant's motion no later than July 29, 2025. Defendant's reply, if any, is due no later than two weeks from the date of service of Plaintiff's opposition. If Plaintiff fails to respond to the motion timely, the Court will resolve the motion as unopposed. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

        SO ORDERED.

Dated: July 2, 2025
        New York, New York

                                                     _____
                                                           GREGORY H. WOODS
                                                       United States District Judge