```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
ARTHUR PICCOLO,                                                  :
                                                                 :
                                    Plaintiff,                   :    1:25-cv-2617-GHW
                                                                 :
                -v-                                              :             ORDER
                                                                 :
NEW YORK CITY BOARD OF ELECTIONS,                                :
                                                                 :
                                    Defendant.                   :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2025

GREGORY H. WOODS, United States District Judge:

On July 1, 2025, Defendant filed a motion to dismiss Plaintiff's claims. Dkt. No. 50.

On July 2, 2025, the Court set the deadline for Plaintiff to file papers in opposition to be July 29, 2025. Dkt. No. 53. The Court set the due date for Defendant's reply, if any, to be two weeks from the date of service of Plaintiff's opposition. *Id.* The Court did not receive Plaintiff's papers in opposition by July 29, 2025.

On August 18, 2025, Defendant filed a reply and attached Plaintiff's papers in opposition. Dkt. No. 54. The Court understands that Plaintiff's opposition papers were not docketed and that the Court did not receive them previously because Plaintiff failed to file them in the proper format.

The Court will accept Plaintiff's papers in opposition as attached to Defendant's reply. The Court understands Defendant's motion to be fully briefed and will resolve the motion in due course.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff by certified mail.

SO ORDERED.

Dated: August 20, 2025

_____
GREGORY H. WOODS
United States District Judge