UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ARTHUR PICCOLO,

                Plaintiff,                25 **CIVIL** 2617 (GHW)

     -against-                    **JUDGMENT**

NEW YORK CITY BOARD OF ELECTIONS,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated October 31, 2025, the Board's motion to dismiss is GRANTED. Plaintiff's federal claims are dismissed with prejudice and his state claims are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, this case is closed.

**Dated:** New York, New York

      November 3, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                    **BY:**
                                                  **Deputy Clerk**